NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM CHARLES DEVLIN,
DOC #725818,

   Appellant,

v.           Case No. 2D17-1101

STATE OF FLORIDA,

   Appellee.

Opinion filed December 12, 2018.

Appeal from the Circuit Court for
Pinellas County; Nancy Moate Ley,
Judge.

Gary J. Schwartz, Orlando, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

   Affirmed.

MORRIS, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.